# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REAPPOINTMENT TO MINOR : No. 391
:
JUDICIARY EDUCATION BOARD : MAGISTERIAL RULES DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 20th day of October, 2015, Nathan N. Firestone, Esquire, Allegheny County, is hereby reappointed as a member of the Minor Judiciary Education Board for a term of three years commencing November 2, 2015.